IN THE CIRCUIT COURT OF THE FOURTEENTH JUDICIAL CIRCUIT
IN AND FOR BAY COUNTY, FLORIDA

KRISTINA TRIPP, THOMAS MCFATTER,
MICHAEL MURRERO-DELGADO,
AMBER AHNE, AMBER LYN TIDWELL,
CONRAD FORRENCE, PAULA
COOPER, CAMERON WILSON,
JOSHUA FOSTER, and NORMANDO
BROWN, individually and on behalf of all
others similarly situated,

     Plaintiffs,

v.                                                                                                CASE NO.: 2019-CA-003820

TOMMY FORD, SHERIFF OF BAY
COUNTY, FLORIDA.

     Defendant.
_____

### DEFENDANT SHERIFF'S ANSWER AND DEFENSES TO PLAINTIFFS' THIRD AMENDED COMPLAINT

Defendant, Tommy Ford, as Sheriff of Bay County, in his official capacity, hereby files his Answer and Defenses to Plaintiffs' Third Amended Complaint, and states:

### NATURE OF THE ACTION

1.    Admitted for jurisdictional purposes only; however, it is denied that the Plaintiffs are entitled to any relief thereunder.

### JURISDICTION AND VENUE

2.    Admitted for jurisdictional purposes only; however, it is denied that the Plaintiffs are entitled to any relief thereunder.

### CONDITIONS PRECEDENT

3.    Without knowledge, therefore denied.

## PARTIES

4. Denied.

5. Denied.

6. Denied.

7. Denied.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Admitted that Sheriff Tommy Ford is the duly elected Sheriff of Bay County, Florida, and that this Court currently has jurisdiction regarding this litigation. To the extent, if any, that this allegation attempts to assert that the Sheriff is liable, this allegation is denied.

## ALLEGATIONS OF FACT

15. Admitted.

16. Denied as characterized.

17. Admitted.

18. Denied as characterized.

19. Denied as characterized.

20. Denied as characterized.

21. Without knowledge, therefore denied.

22. Without knowledge, therefore denied.

23. Without knowledge, therefore denied.

24. Without knowledge, therefore denied.

25. Denied as characterized.

26. Denied as characterized.

27. Denied as characterized.

28. Denied as characterized.

29. Denied.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Denied as characterized.

35. Denied.

36. Denied.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

41. Denied.

42. Denied.

43. Denied.

44. Denied.

45. Denied.

46. Denied.

47. Denied.

48. Denied.

49. Denied.

50. Denied.

51. Denied as characterized.

52. Denied.

53. Denied.

54. Denied.

55. Denied.

56. Denied.

57. Denied as characterized.

58. Denied.

59. Denied.

60. Denied.

61. Denied.

62. Denied.

63. Denied.

64. Denied.

65. Denied.

66. Denied.

67. Denied.

68. Denied.

69. Denied.

70. Denied.

71. Denied.

72. Denied as characterized.

73. Denied as characterized.

74. Denied.

75. Denied.

76. Denied.

77. Denied.

78. Denied.

79. Denied.

80. Denied.

81. Denied.

82. Denied.

83. Denied.

84. Denied.

85. Denied.

86. Denied.

87. Denied.

88. Denied as characterized.

89. Denied as characterized.

90. Denied as characterized.

91. Denied as characterized.

92. Denied.

93. Denied as characterized.

94. Denied.

95. Denied as characterized.

96. Denied.

97. Denied as characterized.

98. Denied as characterized.

99. Denied.

100. Denied as characterized.

101. Denied.

102. Denied as characterized.

103. Denied.

104. Denied.

105. Denied as characterized.

106. Denied.

107. Denied.

108. Denied.

109. Denied.

110. Denied.

111. Denied.

112. Denied as characterized.

113. Denied as characterized.

114. Denied.

115. Denied.

116. Denied.

117. Denied.

118. Denied.

119. Denied.

120. Denied.

121. Denied.

### **ALLEGATIONS SPECIFIC TO KRISTINA TRIPP**

122. Denied.

123. Denied.

124. Denied.

125. Denied.

126. Denied.

127. Denied.

128. Denied.

129. Denied.

130. Denied.

131. Denied.

132. Denied.

133. Denied.

134. Denied.

135. Denied.

136. Denied.

137. Denied.

### **ALLEGATIONS SPECIFIC TO AMBER LYNN TIDWELL**

138. Denied.

139. Denied.

140. Denied.

141. Denied.

142. Denied.

143. Denied.

144. Denied.

145. Denied.

146. Denied.

147. Denied.

148. Denied.

149. Denied.

150. Denied.

151. Denied.

152. Denied.

153. Denied.

154. Denied.

### **ALLEGATIONS SPECIFIC TO MICHAEL MURRERO-DELGADO**

155. Denied.

156. Denied.

157. Denied.

158. Denied.

159. Denied.

160. Denied.

161. Denied.

162. Denied.

163. Denied.

164. Denied.

165. Denied.

166. Denied.

167. Denied.

168. Denied.

169. Denied.

170. Denied.

171. Denied.

172. Denied.

173. Denied.

### **ALLEGATIONS SPECIFIC TO THOMAS MCFATTER**

174. Denied.

175. Denied.

176. Denied.

177. Denied.

178. Denied.

179. Denied.

180. Denied.

181. Denied.

182. Denied.

183. Denied.

184. Denied.

185. Denied.

186. Denied.

187. Denied.

188. Denied.

189. Denied.

190. Denied.

191. Denied.

192. Denied.

193. Denied.

194. Denied.

### ALLEGATIONS SPECIFIC TO NORMANDO BROWN

195. Denied.

196. Denied.

197. Denied.

198. Denied.

199. Denied.

200. Denied.

201. Denied.

202. Denied.

203. Denied.

204. Denied.

205. Denied.

206. Denied.

207. Denied.

208. Denied.

209. Denied.

210. Denied.

211. Denied.

212. Denied.

213. Denied.

214. Denied.

### **ALLEGATIONS SPECIFIC TO CONRAD FORRENCE**

215. Denied.

216. Denied.

217. Denied.

218. Denied.

219. Denied.

220. Denied.

221. Denied.

222. Denied.

223. Denied.

224. Denied.

225. Denied.

226. Denied.

227. Denied.

228. Denied.

229. Denied.

230. Denied.

231. Denied.

232. Denied.

### **ALLEGATIONS SPECIFIC TO PAULA COOPER**

233. Denied.

234. Denied.

235. Denied.

236. Denied.

237. Denied.

238. Denied.

239. Denied.

240. Denied.

241. Denied.

242. Denied.

243. Denied.

244. Denied.

245. Denied.

246. Denied.

247. Denied.

248. Denied.

249. Denied.

250. Denied.

### **ALLEGATIONS SPECIFIC TO CAMERON WILSON**

251. Denied.

252. Denied.

253. Denied.

254. Denied.

255. Denied.

256. Denied.

257. Denied.

258. Denied.

259. Denied.

260. Denied.

261. Denied.

262. Denied.

263. Denied.

264. Denied.

265. Denied.

266. Denied.

267. Denied.

268. Denied.

### **ALLEGATIONS SPECIFIC TO AMBER AHNE**

269. Denied.

270. Denied.

271. Denied.

272. Denied.

273. Denied.

274. Denied.

275. Denied.

276. Denied.

277. Denied.

278. Denied.

279. Denied.

280. Denied.

281. Denied.

282. Denied.

283. Denied.

284. Denied.

285. Denied.

### **ALLEGATIONS SPECIFIC TO AMBER AHNE**

286. Denied.

287. Denied.

288. Denied.

289. Denied.

290. Denied.

291. Denied.

292. Denied.

293. Denied.

294. Denied.

295. Denied.

296. Denied.

297. Denied.

298. Denied.

299. Denied.

300. Denied.

301. Denied.

302. Denied.

303. Denied.

304. Denied.

305. Denied.

## CLASS ACTION ALLEGATIONS

1. The Sheriff realleges, restates, and reincorporates his answers to Paragraphs 1 through 120 as if set forth verbatim herein.

2. Admitted that Plaintiffs are seeking class certification; however, denied that they are entitled to class certification.

3.  a. through d. Denied.

4.  Denied.

5.  Denied.

6.  Denied.

7.  Denied.

8.  Denied.

## NEGLIGENCE

9.  The Sheriff realleges, restates, and reincorporates his answers to Paragraphs 1 through 128 as if set forth verbatim herein.

10. Denied as characterized.

11. Denied.

12. Denied.

13. Denied as characterized.

14. Denied.

15. Denied.

The Defendant denies that Plaintiffs are entitled to any of the relief requested in the Plaintiffs' Third Amended Complaint.

## DEFENSES

1.  Plaintiffs have failed to comply with Rule 1.140(b), Fla. R. Civ. P. by pleading opinions, theories, legal conclusions, and arguments throughout the Third Amended Complaint and not ultimate facts.

2.  Plaintiffs have failed to properly plead the requirements for class certification under Rule 1.220, Fla. R. Civ. P.

3. The Sheriff is immune from liability based upon the doctrine of sovereign immunity.

4. Discretionary governmental functions are immune from tort liability. See *Department of Health and Rehabilitative Services v. B.J.M.*, 656 So.2d 906, 913 (Fla. 1995); *Davis v. State, Dept. of Corr.,* 460 So.2d 452, 453 (Fla. 1st DCA 1984).

5. The Sheriff also cannot be held liable for the inadequacies of a jail, if any, caused by the failure to provide reasonable care in the construction and maintenance of the jail. *White v. Palm Beach County, Florida,* 404 So.2d 123 (Fla. 4th DCA 1981).

6. The Sheriff cannot be held liable for discretionary functions related to preparations for a hurricane and its aftermath. See *Spotts v. U.S.,* 2009 WL 3150872 (E.D. Tex. 2009); *U.S. v. Freeman,* 556 F.3d 326 (5th Cir. 2009).

7. The Plaintiffs have failed to comply with the pre-suit Notice requirements contained in §768.28(6), Florida Statutes.

8. To the extent, if any, that Plaintiffs are attempting to assert claims based upon the bad faith or willful, wanton, or malicious behavior of any individuals, the Sheriff is immune from liability based upon the provisions of §768.28(9), Florida Statutes.

9. The Plaintiffs' claims against the Sheriff are subject to the limitations of liability set forth in §768.28 (5), Florida Statutes.

10. The cumulative damages sought by the Plaintiffs arise from a single incident or occurrence; therefore, all of the Plaintiffs asserted by the Plaintiffs are subject to the single statutory cap set forth in §768.28(5),Florida Statutes. See *Barnett v. Dept. of Financial Services*, 303 So.3d 508 (Fla. 2020).

11. The actions of the Sheriff were in compliance with applicable law.

12. The actions of the Sheriff were in compliance with the Florida Model Jail Standards.

13. Plaintiffs have failed to mitigate their damages.

## DEMAND FOR JURY TRIAL

Defendant, Tommy Ford, in his official capacity as Sheriff of Bay County, hereby demands trial by jury on all issues so triable.

Dated this 13th day of April 2022.

>WARNER LAW FIRM, P. A.
>
>*/s/ Jennifer A. Hawkins*
>JENNIFER A. HAWKINS
>Florida Bar No. 17694
>ERIC A. KREBS
>Florida Bar No. 64921
>TIMOTHY M. WARNER
>Florida Bar No. 0642363
>501 West 11th Street, Suite A
>Post Office Box 1820 (32402)
>Panama City, Florida 32401
>Phone No. (850) 784-7772
>pleadings@warnerlaw.us
>*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was filed this 13th day of April 2022, via the Florida Court's E-Filing portal, which will send notice to all counsel of record.

>*/s/ Jennifer Hawkins*
>JENNIFER HAWKINS
>Florida Bar No. 17694