## Hurricane Michael

From: "Joel Heape" <jheape@bayso.org>  10/09/2018 13:38
To:      everyone@bayso.org

All,
Just wanted to make sure everyone knows briefly our plans / preparations in anticipation of the arrival of Hurricane Michael.  Our first priority is life, then property. The Sheriff  has been and is in constant contact with the governor and state EOC. To start with I will briefly cover division assignments.

**Prior To Landfall**
Administration / Notes – All fuel tanks were topped off this morning. We have purchased an ample supply of food, water and other items to support our personnel. The main office was "hardened" several years ago and should be more than adequate shelter. The generator has been tested and is ready to go. We have specialty vehicles ready to get into hard to reach areas and we vehicles ready to do minor to medium scale transport if needed. We have moved one of our aircrafts to Monroeville, Alabama. The other is store in a hardened facility within Bay County. We have a backup satellite data uplink secured and available if needed. In addition we have two satellite phones capable of worldwide communication. The east district has completed a check of all assisted living facilities for contact information, emergency plans, generator / fuel availability , food and drug supplies. West district is in the process of this. Major Stanford will be coordinating any needed resources through state EOC / FSA.
Field Services – Starting this morning, Patrol has gone to Alpha / Bravo shifts. In addition to normal duties, they will be spending as much time in the neighborhoods as possible due to the large scale evacuations. They will also be monitoring the north bound evacuation routes to help traffic flow as smooth as possible.

SID – SID actually started extra duty last night in order to help patrol monitor neighborhoods that are being evacuated. They will continue in this capacity until the  storm has passed and the situation assessed for further needs.

CID – Starting this morning CID has gone to Alpha / Bravo Shifts and will supplement patrol as needed and pick up any last minute special assignments. They will continue in this capacity until the  storm has passed and the situation assessed for further needs.

CIVIL – Starting this morning Civil has gone to Alpha / Bravo Shifts and will supplement patrol as needed and pick up any last minute special assignments. They will continue in this capacity until the  storm has passed and the situation assessed for further needs.

Warrants / Court Security -  Starting this morning Warrants has gone to Alpha / Bravo Shifts and will supplement patrol as needed and pick up any last minute special assignments. They will continue in this capacity until the  storm has passed and the situation assessed for further needs. In addition, Sgt Davila will be coordinating the preparation and distribution of food.

Community Services – Starting this morning, they have moved to Alpha / Bravo shifts and will me handling security in all public shelters. In addition, they are prepared to provide transportation if needed for some community members.

Jail – Locked and loaded …literally.

**Bridge Questions**
Bridges will remain opened until deemed too dangerous to cross.

**Landfall**

HM1-000303

The on duty patrol lieutenants will make the decision when our road units need to go to shelter.  On the east side, the shelters will be the Callaway substation, the Bayou George fire station and the Youngstown fire station. The west shelters will be the Sand Hills fire department, the main office, the beach substation, the Thomas Drive fire station and the West End fire station. Always know where you are and be prepared to have to emergency shelter in place, such as the appearance of a sudden tornado.

**Post Storm**
As soon as the storm has passed, all of our units will begin an immediate assessment of damaged areas and people possibly needing help.  We will stop all  incoming traffic close to the county line and then collapse the road blocks inward as quickly as possible, moving just to the damaged areas. If damage is not too sever, we hope to make this a six hour or less mission and start letting certain areas return home. Our goal is to get people back to their homes ASAP.  This is a moving target, as it depends on the extent of damage. We also anticipate the County Commission implementing a dusk to dawn curfew for the days following landfall of the storm. This also is a moving target, depending on damage.

**Work Hours**
All sworn officers already have their work hours and will be adjusted as needed. All administrative personnel please plan on returning to work at your normal time on Thursday. If an employee has residential damage, please let myself,  Major Stanford or Major Anglin know ASAP.

In closing, please remember to be safe ! Do not take any unnecessary risks. Avoid standing water and downed power lines. Remember that a downed power line on the next block can kill you on yours.  Survey your area.  Again, if you need any help, please let us know. JIC !

Thank you and good luck all !


Joel Heape
Chief Deputy
Bay County Sheriff's Office
Office (850) 248-2100
Cellular (850) 625-2968
The significant problems that we face can not be solved by the same level of thinking that created them.
- Albert Einstein