# Frank E. Owens
dba
# Public Safety Contract Specialists, LLC

P.O. Box 2122, Lake City, FL 32056-2122

pscs.owens@gmail.com
386.867.0168

REPORT OF INTERVIEW

MS. PUGH, FOOD SERVICE SUPERVISOR

On December 19, 2018, I interviewed Ms. Pugh, Supervisor for SUMMIT (food-service contractor), she stated the following:

### Prior to the storm
-she ordered a full two-week supply of food products
-bread and milk products were placed in the freezer and cooler
-all other items were either in the freezer, the cooler or in dry storage

### Day of the storm (Wednesday, October 10)
-on Wednesday, she prepared a hot breakfast and a hot lunch meal
-the kitchen operates completely on natural gas
-during the evening of October 10, the kitchen lost natural gas service due to a broken line
  Note: Normally the kitchen serves a hot meal at breakfast and a hot meal in the evening. Because all outside movements of inmates (court and work crews) had been suspended, she was able to serve the hot evening meal at lunch time. The sandwich meal, consisting of "road crew bags" was served that evening. Also, in anticipation of the storm, her staff prepared enough worker bags for all inmates. The road crew bags contain enough meat, peanut butter and bread to make three sandwiches, an orange or apple, Kool-aide and jelly.

### Storm +1 (Thursday, October 11)
-she was informed that gas service was not available and would not be for some time
-for breakfast, the kitchen served a cup of cornflakes, 2 waffles, crumb cake, syrup, margarine, and a cup of 2% milk
-for lunch, inmates received 3oz of turkey meat, 2 slices of cheese, extra peanut butter and jelly, 4 slices of bread, 4 cream cookies, and a cup of fortified beverage
-for the evening meal, everyone received the road crew bags with the extra items and fruit

### Storm +2 (Friday, October 12)
-breakfast was 2 boiled eggs, cereal, milk, 2 waffles, jelly and a fortified beverage
-lunch was 3 oz turkey ham and cheese with peanut butter n jelly with 4 slices of bread

[Type here]

-the evening meal was the road crew bags with the extra items and fruit

**Storm +3 (Saturday, October 13)**
-breakfast was a sausage patty, 2 slices of cheese, 2 waffles, syrup, a fresh fruit (banana) and a fortified beverage
Note: The kitchen still had no way of cooking meals due to the disruption of natural gas service. However, Ms. Pugh took it on herself to use the electric ovens in the staff breakroom to cook enough sausage and waffles to feed the entire inmate population. Everyone got hot sausage for breakfast.
-lunch was the road crew bags (3 meat and cheese sandwiches) with an orange, 4 cookies and fortified fruit punch
-gas service was restored
-the evening meal consisted of a hot beef patty, a cup of seasoned rice, ½ cup pinto beans, fruit salad, margarine and a fortified beverage

**Storm +4 (Sunday, October 14)**
On Sunday morning, the kitchen resumed serving the established menu items.
-access to the Facility was still on a very limited basis primarily for emergency vehicles
-with the limited access for deliveries, minor substitutions in the menu were approved and did occur
**Note:** During the week of October 15th to 19th, the kitchen provided the regular menu items from the approved meal plan but continued to provide extra items (cookies and/or fruit) with the meals. Ms. Pugh stated that she added the extra items due to the fact that commissary access was not available.

MENU · RE(    )   WEEK-AT A-GLANCE   FOR BAY CO( ) #706   WEEK: 10/10   10/11   10/12

| SATURDAY | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|---|
| 2OZ TURKEY BOLOGNA | 1C CORNFLAKES | 10OZ GRITS/MARG | 10OZ OATMEAL/MARG | 10OZ GRITS/MARG | 1C CORNFLAKES | 10OZ ~~GRITS/MARG~~ cereal |
| 2SL CHEESE | 2EA WAFFLES | 1OZ TURKEY SAUSAGE | 2EA HARD BOILED EGG | 2EA HARD BOILED EGG | 2EA WAFFLES | 1OZ ~~TURKEY SAUSAGE~~ |
| 4SL ENRICHED BREAD | 1/54 CRUMB CAKE | 2EA HARD BOILED EGG | 1/54 CRUMB CAKE | 1SL CHEESE | 1/54 CRUMB CAKE | 2EA ~~HARD BOILED EGG~~ waffles |
| 1EA MUST/SALAD DRSG PC | 1/4C WARM SYRUP | 2EA BISCUIT 1/80 | 1SL CHEESE | 1/54 CRUMB CAKE | 1/4C WARM SYRUP | 1TB MARGARINE eggs potato |
| 1EA FRESH FRUIT | 2EA SUGAR PACKET 1C 2% MILK | 1TB JELLY 1TB MARGARINE | 1TB MARGARINE | 1TB JELLY 1PKG CALC FORT BEV | 2EA SUGAR PACKET 1TB MARGARINE ♡ 1C 2% MILK | 2EA ~~BISCUIT~~ 1/80 1TB JELLY |
| 1PKG CALC FORT BEV | | 1PKG CALC FORT BEV | 1PKG CALC FORT BEV | | | 1PKG CALC FORT BEV |
| 3OZ BBQ MEATBALLS | 2EA TURKEY FRANKS 10/1 | 1OZ TURKEY HAM | 2OZ TURKEY BOLOGNA | 2OZ ~~TURKEY BOLOGNA~~ 3OZ / 2OZ TURKEY BOLOGNA pb + jelly | 2OZ TURKEY BOLOGNA | ~~1OZ~~ TURKEY HAM 3oz ham |
| 1C MACARONI & CHEESE | 1/2C PINTO BEANS | 1SL CHEESE | 2SL CHEESE | 2SL ~~CHEESE~~ | 2SL CHEESE 1oz pb 1oz jelly | 1SL CHEESE |
| 1/2C BAKED BEANS | 1C SEASONED RICE | 1OZ PEANUT BUTTER | | hot/week | | 1OZ PEANUT BUTTER |
| 1/54 CORNBREAD | 1/2C COLESLAW | 1OZ JELLY | | | | 1OZ JELLY |
| 1TB MARGARINE | 1/54 CORNBREAD | 4SL ENRICHED BREAD | 4SL ENRICHED BREAD | 4SL ENRICHED BREAD | 4SL ENRICHED BREAD | 4SL ENRICHED BREAD |
| 1/54 GLAZED CAKE | 4EA ABL CREME COOKIE | 1EA MUST/MAYO | 1EA MUST/MAYO | 1EA MUST/MAYO | 2EA MUST/MAYO | 2EA MUST/MAYO |
| 1C CALC FORT BEV | 1C CALC FORT BEV | | | | | |
| | | 4EA ABL CREME COOKIE | 4EA ABL CREME COOKIE | 4EA ABL CREME COOKIE | 4EA ABL CREME COOKIE | 4EA ABL CREME COOKIE |
| | | 1C CALC FORT BEV | 1C CALC FORT BEV | 1C CALC FORT BEV | 1C CALC FORT BEV | 1C CALC FORT BEV |
| 2OZ PEANUT BUTTER | 2OZ PEANUT BUTTER | 1C SPAGH NOODLES | 8OZ MEAT STEW 2OZ MEAT | 6OZ TURKEY ALA KING 2 OZ MEAT | 6OZ MEAT STROGANOFF 2 OZ | 8OZ MEAT & MAC CASS 2 OZ MEAT |
| 1OZ JELLY | 1OZ JELLY | 4OZ SPAGHETTI SAUCE 2 OZ MEAT | 1C SEASONED RICE | 1C SEASONED PASTA | 1C SEASONED PASTA | 1/2C POTATO SALAD |
| 4SL ENRICHED BREAD | 4SL ENRICHED BREAD | 1/2C GREEN BEANS | 1/2C CARROTS | 1/2C PINTO BEANS | 1/2C NORTHERN BEANS | 1/2C COLESLAW |
| 4EA ABL CREME COOKIE | 4EA ABL CREME COOKIE | 1/2C COLESLAW | 1/2C SEASONED CABBAGE | 1/2C CONFETTI SLAW | 1/54 CORNBREAD | 1/54 CORNBREAD |
| 1PKG FORTIFIED PUNCH | 1PKG FORTIFIED PUNCH | 3SL ENRICHED BREAD | 1/54 CORNBREAD | 1/54 CORNBREAD | 1TB MARGARINE | 1TB MARGARINE |
| | | 1TB MARGARINE | 1TB MARGARINE | 1TB MARGARINE | 1/54 GLAZED CAKE | 1/54 GLAZED CAKE |
| | | 1/54 GLAZED CAKE | 1/54 BROWNIE/GLAZE | 1/54 MARBLE CAKE | 1PKG FORTIFIED PUNCH | 1PKG FORTIFIED PUNCH |
| | | 1PKG FORTIFIED PUNCH | 1PKG FORTIFIED PUNCH | 1PKG FORTIFIED PUNCH | Rd crew bags | Rd crew bags |

ALL ENTREES AND CASSEROLE ARE COOKED WT MEASUREMENT           ALL OTHERS ARE VOLUME MEASUREMENTS UNLESS OTHERWISE STATED
FACILITY ADMIN _____ APPROVAL DATE _____           FSD MANAGEMENT _____ APPROVAL DATE _____
DIETITIAN _Diane Morris_ APPROVAL DATE 1/11/18           REGISTRATION # 876882

4oz bologna
2oz peanut butter
3 cookies
an orange or an apple
6 pieces of bread
Koolaid pouch
1 oz jelly OK —

MENU - REGULAR          WEEK-AT-A-GLANCE   FOR BAY CO FL #706         WEEK:

| 10/13 SATURDAY | 10/14 SUNDAY | 10/15 MONDAY | 10/16 TUESDAY | 10/17 WEDNESDAY | 10/18 THURSDAY | 10/19 FRIDAY |
|---|---|---|---|---|---|---|
| 2OZ TURKEY BOLOGNA ~~sausage~~ 2SL CHEESE 4SL ~~ENRICHED BREAD~~ waffles 1EA ~~MUST/SALAD DRSG PC~~ syrup 1EA FRESH FRUIT banana 1PKG CALC FORT BEV ~~fresh fruit~~ | 1C CORNFLAKES 2EA WAFFLES 1/54 CRUMB CAKE 1/4C WARM SYRUP 1TB MARGARINE 2EA SUGAR PACKET 1C 2% MILK | 10OZ ~~GRITS/MARG~~ Grits 2EA HARD BOILED EGG 1SL CHEESE 2EA BISCUIT 1/80 1TB MARGARINE 1TB JELLY 1PKG CALC FORT BEV | 10OZ ~~OATMEAL/MARG~~ Oatmeal 2EA HARD BOILED EGG 2EA BISCUIT 1/80 1OZ TURKEY SAUSAGE 1TB MARGARINE 1PKG CALC FORT BEV | 10OZ GRITS/MARG 3OZ SCRAMBLED EGG 1OZ TURKEY SAUSAGE 2EA BISCUIT 1/80 1TB JELLY 1TB MARGARINE 1PKG CALC FORT BEV | 1C CORNFLAKES 2EA WAFFLES 1/54 OATMEAL BRK CAKE 1/4C WARM SYRUP 2EA SUGAR PACKET 1C 2% MILK | 10OZ GRITS/MARG 1OZ TURKEY SAUSAGE 2EA HARD BOILED EGG 1TB MARGARINE 2EA BISCUIT 1/80 1TB JELLY 1PKG CALC FORT BEV |
| 3OZ BEEF PATTY 3OZ ~~BROWN GRAVY~~ 1C SEASONED RICE 1/54 CORNBREAD 1/2C PINTO BEANS fruit salad 1/54 ~~GLAZED CAKE~~ 1TB MARGARINE 1C CALC FORT BEV | 1DZ CHUCKWAGON ~~PATTY~~ CKN "Gravy" 1C ~~SPANISH RICE~~ Rice 1/2C REFRIED BEANS 2EA BISCUIT 1/80 1TB MARGARINE 1/54 GLAZED CAKE 1C CALC FORT BEV | 2OZ TURKEY HAM 1SL CHEESE 1OZ PEANUT BUTTER 1OZ JELLY 6SL ENRICHED BREAD 2EA MUST/MAYO 1- banana 4EA ABL CREME COOKIE 1C CALC FORT BEV | 2OZ TURKEY BOLOGNA 2SL CHEESE 1oz pb 1oz jelly 6SL ENRICHED BREAD 2EA MUST/MAYO 1- banana 4EA ABL CREME COOKIE 1C CALC FORT BEV | 2OZ TURKEY BOLOGNA 2SL CHEESE 1oz pb 1oz jelly 4SL ENRICHED BREAD 2EA MUST/MAYO 1- orange 4EA ABL CREME COOKIE 1C CALC FORT BEV | 2OZ TURKEY HAM 2SL CHEESE 1oz pb 1oz jelly 4SL ENRICHED BREAD 2EA MUST/MAYO 1- apple 4EA ABL CREME COOKIE 1C CALC FORT BEV | 1OZ TURKEY HAM 1SL CHEESE 1OZ PEANUT BUTTER 1OZ JELLY 4SL ENRICHED BREAD 2EA MUST/MAYO 4EA ABL CREME COOKIE 1C CALC FORT BEV |
| 2OZ PEANUT BUTTER 2oz bologna 1OZ JELLY 2sl cheese 6SL ENRICHED BREAD 1 orange 4EA ABL CREME COOKIE 1PKG FORTIFIED PUNCH Hot meal @ dinner | 2OZ PEANUT BUTTER 2oz bologna 1OZ JELLY 2sl cheese 6SL ENRICHED BREAD 1 orange 4EA ABL CREME COOKIE 1PKG FORTIFIED PUNCH | 1C SPAGH NOODLES 4OZ SPAGHETTI SAUCE 2 OZ MEAT 1/2C MIXED VEG 1/2C COLESLAW 1/54 CORNBREAD 1TB MARGARINE 1/54 GLAZED CAKE 1PKG FORTIFIED PUNCH | 10OZ MEAT-STROGANOFF 2 OZ 1C SEASONED PASTA 1/2C NAVY BEANS 1/54 CORNBREAD 1TB MARGARINE 1/54 BROWNIE 1PKG FORTIFIED PUNCH | 10oz 4OZ ~~SLOPPY JOE 2 OZ MEAT~~ Turkey a la King 2EA BISCUIT 1/80 1C MASHED POTATO 1/2C PINTO BEANS 1/54 BROWNIE 1PKG FORTIFIED PUNCH | 10OZ CHILI CON CARNE 2OZ MT/1/2 1C SEASONED RICE 1/2C MIXED GREEN SALAD 1/2C W K CORN 1/54 CORNBREAD 1TB MARGARINE 1/54 GLAZED CAKE 1PKG FORTIFIED PUNCH | 10OZ MAC & CHEESE/MEAT 2 OZ 1/2C SEASONED PINTOS 1/2C SEASONED CARROTS 2EA BISCUIT 1/80 1TB MARGARINE 1/54 GLAZED CAKE 1PKG FORTIFIED PUNCH |

ALL ENTREES AND CASSEROLE ARE COOKED WT MEASUREMENT          ALL OTHERS ARE VOLUME MEASUREMENTS UNLESS OTHERWISE STATED
FACILITY ADMIN _____ APPROVAL DATE _____          FSD MANAGEMENT _____ APPROVAL DATE _____
DIETITIAN _____Kisner Maroud_____ APPROVAL DATE 1/11/18          REGISTRATION # 876882

HM1-000448