

**BAY COUNTY SHERIFF'S OFFICE JAIL FACILITY**
5700 STAR LANE
PANAMA CITY, FLORIDA 32404
OFFICE: 850-785-5245   FAX: 850-769-7376
R.G. Anglin, Major

**Tommy Ford, Sheriff**

## INTERNAL MEMORANDUM

To:   Major Anglin

From: David Sasser, RN, HSA

Date: 11/30/18

Re: Medical services before/during/after Hurricane Michael.

 The purpose of this memo is to provide reassurance that there was no lapse in the provision of medical services, nor any adverse outcomes, associated with the conditions at the BCSO Jail Facility as a result of Hurricane Michael. Further, there have been no cases of diseases typically associated with natural disasters such as: diarrheal diseases, acute respiratory infections, malaria, leptospirosis, measles, dengue fever, viral hepatitis, typhoid fever, meningitis, tetanus or cutaneous mucormycotic in the inmate population.

- Prior to the storm:

We ordered medical supplies, stock medications and prescription medications sufficient to last 7 days past the forecasted landfall date. Additional staff were on hand prior to the storm's arrival because of anticipated road/bridge closures due to deteriorating weather conditions.

- During the storm:

The facility was on lockdown for staff and inmate safety. Most of the Medical department is on the facility generator system so any emergent situations were addressed as they arose and routine issues were scheduled for evaluation at a later time. Med pass was conducted during the usual times with only minor procedural adjustments as needed or requested by Custody staff.

- Immediately afterwards:

Form approved 080816

- In-house medical services, including med pass and inmate sick call, continued without interruption while accommodating any changes necessary to meet custody/security needs.

Some routine diagnostics were postponed and rescheduled because our onsite x-ray provider and lab courier had both suspended services through 10/21/18 due to hazardous road conditions.

Contract pharmacy services were suspended for a few days due to a complete collapse of the telephone communication system as well as structural damage they sustained but we were soon able to establish alternative means of ordering and receiving inmate medications.

Local specialty offices (OB/GYN, Dermatology, Orthopedics, etc.) all suspended services or were unreachable. Routine appointments were postponed and inmates monitored by Jail Medical staff until appointments could be rescheduled. Both local hospitals suspended all inpatient services. Inmates with urgent/emergent needs were sent to Bay Medical Center ER. Any inmates requiring inpatient admission had to be transferred to other hospitals with BCSO Jail Facility still responsible for security services 24/7 in facilities as far away as Foley and Dothan, Alabama.

- Ongoing:

We continue to overcome and adapt while we seek innovative ways to conquer the challenges created by the extensive infrastructure damage in and around Bay County. While some providers have since arranged for contact, record requests and scheduling through cellular providers, as of this date a large percentage still do not have phone/fax service. Many have not yet reopened and others still have no plans to reopen. This is "the new normal".

* On a side note I would like to personally commend the numerous staff members of all classifications who continue to put their own lives on hold, often ignoring their families and their own personal needs in order to ensure the provision of exceptional Care, Custody and Control that Bay County Sheriff's Office Jail Facility has come to be known for.

Form approved 080816

HM1-000938